[No. 28858-0-I.   Division One.   August 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
EDWARD BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-07701-9, Michael J. Fox, J., entered August
9, 1991. *Affirmed* by unpublished opinion per Kennedy, J.,
concurred in by Scholfield and Becker, JJ.

[No. 31994-9-I.   Division One.   August 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE
TRAMOUNTANAS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-02576-7, Laura Inveen, J., entered December 3, 1992. *Reversed* by unpublished opinion per Becker, J.,
concurred in by Grosse and Baker, JJ.

[No. 32153-6-I.   Division One.   August 15, 1994.]

WALLIS R. DUDLEY, ET AL, *Appellants*, v. THOMAS S.
OLMSTEAD, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-10988-3, Liem E. Tuai, J., entered December 23, 1992. *Affirmed* by unpublished opinion per Webster,
C.J., concurred in by Grosse and Pekelis, JJ.

[No. 30990-1-I.   Division One.   August 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
SKELTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-01475-7, John F. Wilson, J., entered
June 12, 1992. *Reversed* by unpublished opinion per Becker,
J., concurred in by Scholfield and Grosse, JJ.